

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00416-CR

| | | |
|---|---|---|
| Roger Cecil Perry, Jr. a/k/a Rodger Cecil Perry, Jr. | § | From the 371st District Court |
| | § | of Tarrant County (0982309D) |
| v. | § | December 6, 2012 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00416-CR

ROGER CECIL PERRY, JR. A/K/A RODGER CECIL PERRY, JR.

APPELLANT

V.

THE STATE OF TEXAS

STATE

------------

FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Roger Cecil Perry, Jr. a/k/a Rodger Cecil Perry, Jr. attempts to appeal from the trial court's judgment adjudicating his guilt of aggravated robbery with a deadly weapon and sentencing him to eight years' confinement pursuant to a plea agreement. The trial court's certification of his right to appeal states that this "is a plea-bargain case, and the defendant has NO right of appeal."

---

[1]*See* Tex. R. App. P. 47.4.

On September 7, 2012, this court notified appellant about the statement on the trial court's certification and informed him that unless he or any party desiring to continue to the appeal filed with the court, on or before September 17, 2012, a response showing grounds for continuing the appeal, the appeal could be dismissed. *See* Tex. R. App. P. 25.2(d), 44.3. We have received no response. Therefore, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  December 6, 2012